United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America,<br>Plaintiff | ) <br> ) <br> ) | |
| v. | ) <br> ) | Criminal Case No. 18-20184-CR-Scola |
| Jesus Orlando Alonso Perez,<br>Defendant. | ) <br> ) <br> ) | |

## Order Adopting Report and Recommendation

United States Magistrate Judge Edwin G. Torres has entered a sealed report and recommendation regarding defense counsel Alfredo Izaguirre's voucher application. (ECF No. 30 (sealed).) Izaguirre has notified the Court that he does not object to Judge Torres's report and recommendation. After review, the Court **adopts** Judge Torres's recommendation in its entirety.[1] (**ECF No. 30**).

To this end, the Court **directs** the Clerk to **amend** the voucher consistent with Judge Torres's findings and conclusions as presented in his report and recommendation. The Court thus **approves** the voucher as so amended.

**Done and Ordered** at Miami, Florida, on January 11, 2019.

Robert N. Scola, Jr.
United States District Judge

---

[1] The report noted that the cap applicable in this case is $9,700. (Rep. & Rec. at 3.) That appears to be in error: the applicable cap for such cases, after March 23, 2018, is $10,900. But the amount of the cap is not relevant to the voucher issue.